UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/10
```

LISSA CANAVAN, et al.,

                      Plaintiffs,

-v-

STEPHEN HARBECK, et al.,

                      Defendants.

No. 10 Civ. 5200 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    On July 9, 2010, this case was transferred to this court from the United States District Court for the District of New Jersey and assigned to my docket. The transfer was granted by the Honorable Faith S. Hochberg, District Judge, who determined that the case was related to *In re Bernard L. Madoff Inv. Secs., LLC.*, currently pending in the United States Bankruptcy Court for the Southern District of New York. Accordingly, this case is referred to the United States Bankruptcy Court for the Southern District of New York, pursuant to 28 U.S.C. § 157(a). *See* Standing Order of the Hon. Robert J. Ward dated July 10, 1984.

    The case before this Court should be marked administratively closed and all motions in this Court marked administratively terminated.

Dated:      July 13, 2010
              New York, New York

                                                RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE